In the Matter of ARLENE F. BASSETT, Petitioner, v EDWARD J. MAHONEY et al., Constituting the Board of Elections of the County of Erie, and FERN B. HARRIS, and JAMES L. KANE, as Justice of the Supreme Court, Respondents.—Show cause order unanimously granted. (See CPLR 5704, subd [a]; Siegel, Practice Commentaries, McKinney's Cons Laws of NY, Book 7B.) (Art 78—show cause order.) Present—Dillon, P. J., Hancock, Jr., Doerr and Witmer, JJ. (Decided Aug. 22, 1979.)